

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00023-CV

---

IN RE TAMRA POTEET                                                    RELATOR

----------

ORIGINAL PROCEEDING

----------

## MEMORANDUM OPINION[1]

----------

The court has considered "Relator's Emergency Motion to Stay" enforcement of the trial court's November 26, 2012 oral pronouncement indicating an intent to hold Relator in civil contempt and is of the opinion that such motion should be denied. Because the trial court has scheduled a January 28, 2013 hearing on Relator's objections to the proposed contempt order, and because Relator cannot be held in contempt for violating an oral pronouncement

---

[1]*See* Tex. R. App. P. 47.4.

until it is reduced to a signed order, our denial of "Relator's Emergency Motion to Stay" is without prejudice to refiling if or when a contempt order is signed.

The court has also considered Relator's "Petition for Writ of Mandamus" and because no order exists holding Relator in contempt, her petition for writ of mandamus is also denied without prejudice to refiling.

PER CURIAM

PANEL:  WALKER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  January 15, 2013